| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Watkins, William K | 2. Court or Organization<br><br>U.S. District Court, M.D. AL | 3. Date of Report<br><br>07/23/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1Church Street, E300<br>Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager/Sole Member | Rosewood Martin, LLC |
| 2. Managing Member | DQV, LLC |
| 3. Director, Shareholder | Powermaster, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 24 P 4: 16 JUDICIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Vickers & Smith, PLLC Legal fees earned prior to entry into service with court | $ 2,500 |
| 2. | 2007 | Shannon Saunders, Esq. Legal fees earned prior to entry into service with court | $ 10,000 |
| 3. | 2007 | Beasley Allen, et al. Legal fees earned prior to entry into service with court | $ 38,147 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Troy University Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank | DQV, LLC Real Estate Loan | N |
| 2. Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 07/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental - DQV, LLC (51% interest), Troy, AL | D | Int./Div. | N | R | | | | | |
| 2. Pike Co. Al. Farm #1 *See VIII | | None | O | W | BUY | 5/10 | J | | Todd & Pam Pearlstein |
| 3. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 4. North Carolina Lot 1 (Appraisal 7/23/04) | B | Rent | M | Q | | | | | |
| 5. North Carolina Lot 2 | | None | K | R | | | | | |
| 6. North Carolina Land (Appraisal 8/8/02) | | None | N | Q | | | | | |
| 7. Barn Property Troy, AL *See VIII | | None | K | W | BUY | 5/10 | J | | Todd & Pam Pearstein |
| 8. Pike Co. Farm #2 | | None | | | SELL | 5/3 | N | G | Green Land Co., Inc. |
| 9. Pike Co. Farm #2 - Mineral | | None | | | SELL | 5/3 | J | A | Green Land Co., Inc. |
| 10. Pike Co. Lot (1/2 interest) *See VIII | | None | | | SELL | 5/10 | J | A | Todd & Pam Pearlstein |
| 11. Pike Co. Farm #3 | | None | L | W | | | | | |
| 12. Pike Co. Farm #4 | | None | | | SELL | 1/3 | M | E | Tom Mason |
| 13. Pike Co. Farm #4 - Mineral | | None | J | W | | | | | |
| 14. Pike Co. Farm #5 - Mineral | | None | J | W | | | | | |
| 15. Pike Co. Farm #6 (19% interest) | | None | K | W | | | | | |
| 16. Pike Co. Farm #6 (19% interest) - Mineral | | None | J | W | | | | | |
| 17. CKT, LLC (1/3 interest), Real Estate Development | A | Int./Div. | | | SELL | 12/31 | O | G | RKT Cole, C Griffin |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 07/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WE, LLC (50% interest) | | None | J | W | | | | | |
| 19. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 20. A.G.E., Jt. Ten/Centennial Money Mkt. Trust | B | Int./Div. | M | T | | | | | |
| 21. Regions Financial Corp. - common | A | Dividend | J | T | | | | | |
| 22. American Funds -Investment Co. of America Class C shares | A | Dividend | J | T | | | | | |
| 23. [A.G.E. - WKW - SEP] Centennial Money Mkt Trust | A | Interest | J | T | | | | | |
| 24. Wachovia Corp. - Common | B | Dividend | K | T | | | | | |
| 25. E. D. Moseley Note | | None | J | U | | | | | |
| 26. Wachovia Bank - Dimensions Acct. | A | Interest | J | T | | | | | |
| 27. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 28. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |
| 29. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 30. American Funds - Capital Income Builder Fund Class F | D | Int./Div. | M | T | | | | | |
| 31. Macatawa Bank | B | Int./Div. | L | T | | | | | |
| 32. American Funds - Investment Co. America Class A Shares | B | Int./Div. | L | T | | | | | |
| 33. Seligman Communications & Info. Fund Class D Shares | A | Int./Div. | J | T | | | | | |
| 34. American Funds - Wash Mutl Invs Fd Inc Class A Shares | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Line 2.    Filer previously owned 2/3 interest in Farm #1 and minerals. In 2007, filer obtained remaining 1/3 interest in farm, including minerals, in land swap with Pearlsteins. Title to land & minerals will not be reported separately henceforth.

VII. Line 7.    Filer previously owned 1/2 interest in Barn property. In 2007, filer obtained remaining 1/2 interest from Pearlsteins in the land swap referenced above.

VII. Line 10.   Filer conveyed this land to Pearlsteins in land swap referenced above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544